IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY REGINALD PEEK, )
)
    Petitioner, )
)
v. ) CASE NO. CV415-218
) CR408-221
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## ORDER

Before the Court is Petitioner's Motion to Reopen Case. (Doc. 10.) After careful review of the record, the Court sees no reason to disturb its prior ruling or to reopen this case.

SO ORDERED this 20th day of May 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA